$4.23
6/1/10
#7237

# PLACE & ARNOLD
ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

May 28, 2010

Clerk, United States Bankruptcy Court
Federal Building
100 State Street
Rochester, NY 14614

Re: Jeffrey Stewart
Chapter 7 Case No. 09-20218

To the Clerk of the Court:

Enclosed please find one check in the amount of $4.23 representing the following dividend payment(s) under $5.00, which amounts are required to be paid into the Court:

| Claim No. | Claimant | Dividend Pymt. |
|---|---|---|
| 12 | Povinelli Cutlery | $2.38 |
| 19 | Scalabels.com | 1.85 |

If you have any further questions, please feel free to call.

Very truly yours,

/s/
Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss



FILED
JUN 1 - 2010
BANKRUPTCY COURT
ROCHESTER, NY