# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

September 10, 2010

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

  Re: Jeffrey T. Stewart
    Chapter 7 Case No. 09-20218

To the Clerk of the Court:

Enclosed please find a Trustee's check in the amount of $ 122.30. This check represents the following dividend check(s) which had been paid to creditor(s) and not cashed within 90 days:

| Creditor | Claim No. | Amount of Dividend |
| --- | --- | --- |
| Lake Beverage Corp. | 2 | $ 122.30 |

If you have any further questions, please feel free to call.

        Very truly yours,

        Michael H. Arnold
        Chapter 7 Trustee

enc.
MHA/ss